UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB MURSHAD ALI SALEH and MURSHAD ALI SALEH,<br><br>  Petitioners/Plaintiffs,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>  Respondents/ Defendants. | Civil Action 06-01765 (HHK) |

**ORDER**

Before the court is petitioners' emergency motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases* [#3]. Upon consideration of the motion and the record of this case, it is this 17th day of November, 2006, hereby

**ORDERED,** that petitioners' emergency motion to enter the Amended Protective Order from *In re Guantanamo Bay Detainee Cases* [#3] is **GRANTED**; and it is further

**ORDERED,** that the following orders, entered in *In re Guantanamo Detainee Cases*, Civ. Nos. 02-0299, 02-0828, 02-1130, 04-1135, 04-1136, 04-1137, 04-1144, 04-1164, 04-1194, 04-1227, 04-1254, 04-1519 (D.D.C., J. Green), are hereby incorporated by reference: "Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba," dated November 8, 2004; "Order Addressing

Designation Procedures for 'Protected Information,'" dated November 10, 2004; and "Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order," dated December 13, 2004.

                                            Henry H. Kennedy, Jr.
                                            United States District Judge