## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IYOB MURSHAD ALI SALEH,** | ) |
| also listed as Ayoub Murshid Ali Saleh, | ) |
| | ) |
| **MURSHAD ALI SALEH,** | ) |
| as Next Friend of Mr. Saleh, | ) |
| | ) |
| *Petitioners/Plaintiffs,* | ) |
| | ) |
| *v.* | ) **CIVIL ACTION NO. 06-CV-01765 (HHK)** |
| | ) |
| **GEORGE W. BUSH**, *et al.,* | ) |
| | ) |
| *Respondents.* | ) |
| | ) |

## NOTICE OF ERRATA

PLEASE TAKE NOTICE of errata in the Certificate of Service filed with the Memoranda of Understanding Regarding Access to Classified National Security Information for Brent N. Rushforth, Kit A. Pierson, Sarah B. Pojanowski, and Jenny L. Workman, filed on November 17, 2006. The Memoranda of Understanding Regarding Access to Classified National Security Information for Brent N. Rushforth, Kit A. Pierson, Sarah B. Pojanowski, and Jenny L. Workman were served by Certified Mail, Return Receipt Requested, on November 17, 2006.

Dated: November 17, 2006          Respectfully submitted,


                                  Counsel for Petitioner:

                                  /s/ Brent N. Rushforth_____
                                  Brent N. Rushforth
                                  Kit A. Pierson
                                  Stuart M. Rennert
                                  Sarah B. Pojanowski
                                  Jenny L. Workman
                                  **HELLER EHRMAN LLP**
                                  1717 Rhode Island Avenue, NW
                                  Washington, D.C. 20036
                                  Tel: (202) 912-2000
                                  Fax: (202) 912-2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

|  |  |  |
|---|---|---|
| **IYOB MURSHAD ALI SALEH,** | ) | |
| also listed as Ayoub Murshid Ali Saleh, | ) | |
| | ) | |
| **MURSHAD ALI SALEH,** | ) | |
| as Next Friend of Mr. Saleh, | ) | |
| | ) | |
| *Petitioners/Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | **CIVIL ACTION NO. 06-CV-01765 (HHK)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| *Respondents.* | ) | |

---

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Notice of Errata to be served by Certified Mail, Return Receipt Requested, this 17th day of November, 2006, on the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein**<br>U.S. ATTORNEY<br>District of Columbia District<br>Judiciary Center U.S.<br>555 4th Street, NW<br>Washington, D.C. 20530 | **Alberto R. Gonzales**<br>ATTORNEY GENERAL OF THE UNITED STATES<br>Department of Justice<br>Robert F. Kennedy Building<br>Tenth Street & Constitution Ave., NW<br>Room 5111<br>Washington, D.C. 20530 |
| **George W. Bush**<br>PRESIDENT, United States of America<br>The White House<br>1600 Pennsylvania Avenue, NW<br>Washington, D.C. 20301-1000 | **Donald Rumsfeld**<br>SECRETARY, U.S. DEP'T. OF DEFENSE<br>1000 Defense Pentagon<br>Washington, D.C. 20301-1000 |
| **Rear Admiral Harry B. Harris, Jr.**<br>COMMANDER, JOINT TASK FORCE-<br>JTF-GTMO<br>APO AE 09360 | **Rear Admiral Harry B. Harris, Jr.**<br>GTMO UNITED STATES NAVY<br>Navy Pentagon<br>Washington, D.C. 20310-0200 |

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200


_____/s/ Brent N. Rushforth_____