# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **IYOB MURSHAD ALI SALEH,** also listed as Ayoub Murshid Ali Saleh, <br><br>**MURSHAD ALI SALEH,** as Next Friend of Mr. Saleh, <br><br>*Petitioners/Plaintiffs*, <br><br>v. <br><br>**GEORGE W. BUSH**, *et al.*, <br><br>*Respondents*. | ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 06-CV-01765 (HHK)** ) ) ) ) ) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner has filed an **OPPOSITION TO RESPONDENTS' MOTION TO DISMISS**, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: June 14, 2007

Respectfully submitted,

*/s/ Brent N. Rushforth*
Kit A. Pierson
Brent N. Rushforth
Sarah B. Pojanowski
Jenny L. Workman
Elizabeth Arora
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, D.C. 20036
Fax: (202) 912-2020

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499