IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **IYOB MURSHAD ALI SALEH,**<br>also listed as Ayoub Murshid Ali Saleh,<br><br>**MURSHAD ALI SALEH,**<br>    as Next Friend of Mr. Saleh,<br><br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 06-CV-01765 (HHK) |

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Sarah B. Pojanowski, Counsel for Petitioner Saleh, hereby certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner Saleh without compensation.

Dated: June 26, 2007         */s/ Sarah B. Pojanowski*
                             Sarah B. Pojanowski
                             **HELLER EHRMAN LLP**
                             1717 Rhode Island Avenue, NW
                             Washington, DC 20036
                             Tel: (202) 912-2000
                             Fax: (202) 912-2020