UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB MURSHAD ALI SALEH et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | Civil Action 06-01765 (HHK) |

ORDER TO SHOW CAUSE

Petitioner Saleh has filed a "Motion for Temporary Restraining Order and Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court with Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo" [#24, 25]. He has also filed a "Motion to Stay Habeas Action and Hold Habeas Action in Abeyance" [#16], pending resolution of *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), *cert. granted* (June 29, 2007).

Petitioner, a Yemeni national, has been detained by the U.S. military at Guantánamo Bay Naval Base in Cuba for approximately five years and has filed a habeas corpus petition challenging the legality of his detention. In the present motion, he alleges that he might be transferred without notice to Yemen or another country where he may be denied access to the courts and/or tortured. Petitioner seeks an order providing him notice to provide him with an adequate opportunity to contest any intended transfer and to resolve his motions pending before this court.

Similar orders requiring 30 days' notice have been entered in other cases brought by detainees. *See Hamoud v. Bush*, 2006 WL 1876947, at *3 (D.D.C. 2006) (requiring that respondents provide the court, petitioner and counsel with 30 days' advance written notice of any transfer or removal of the detained petitioner from U.S. custody at Guantanamo); *Al-Shareef v. Bush*, 2006 WL 3544736, at *3 (D.D.C. 2006) (same). The U.S. Court of Appeals for the District of Columbia Circuit recently denied respondents' motions to vacate the 30 days' notice of transfer orders in these cases. *See Al Ginco v. Bush*, 06-5191 (D.C. Cir. June 7, 2007). The D.C. Circuit also ruled that the district court may "consider in the first instance respondents' motion to dismiss and petitioners' motions to stay and hold in abeyance, which are currently pending before the district court." *Id.*

Accordingly, it is this 11th day of July, 2007, hereby

**ORDERED** that respondents shall show cause in a written submission to be filed no later than Tuesday, July 17, 2007, why the court should not enter an order requiring 30 days' notice of any intended transfer of petitioner.

Henry H. Kennedy, Jr.
United States District Judge