IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IYOB MURSHAD ALI SALEH, et al., )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>GEORGE W. BUSH, )<br>President of the United States, et al., )<br>)<br>Respondents. )<br>) | Civil Action No. 06-cv-1765 (HHK) |

**RESPONDENTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION
WITH PETITIONER'S MOTION FOR
TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
REQUIRING RESPONDENTS TO PROVIDE COUNSEL FOR PETITIONER AND THE
COURT WITH THIRTY DAYS' ADVANCE NOTICE OF INTENDED REMOVAL OF
PETITIONER FROM GUANTANAMO**

Respondents hereby file this notice of supplemental authority in connection with Petitioner Iyob Murshad Ali Saleh's motion for an order compelling respondents to provide thirty days' notice to the Court and to petitioner's counsel before transporting or removing the petitioner from Guantanamo Bay, Cuba (dkt. no. 23).

On July 16, 2007, the D.C. Circuit denied a motion filed by a Detainee Treatment Act (DTA) petitioner detained at Guantanamo seeking an order requiring the respondents to provide 30 days' advance notice of any intended removal of the petitioner. The court stated that under the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 ("MCA"), it lacked jurisdiction to grant the requested relief. *Hamlily v. Gates*, No. 07-1127 (D.C. Cir. July 16, 2007) (copy attached as Exhibit 6).

Accordingly, respondents maintain that the Court lacks jurisdiction to consider

petitioner's motion for a temporary restraining order and a preliminary injunction and request that the Court deny the petitioner's motion and grant the respondents' motion to dismiss.

Dated: July 18, 2007

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel


   /s/ JAMES C. LUH
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
JUDRY L. SUBAR (D.C. Bar 347518)
TERRY M. HENRY
JAMES J. SCHWARTZ
JEAN LIN
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS A. OLDHAM
JAMES C. LUH
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4938
Fax:  (202) 616-8470

Attorneys for Respondents

EXHIBIT 6

# United States Court of Appeals
## FOR THE DISTRICT ~~~~



No. 07-1127

**Filed On:**

Mustafa Ahmed Hamlily and Mustafa Ait Idir, as Next
Friend of Hamlily,
    Petitioners

v.

Robert M. Gates, Sec. of Defense, et al.,
    Respondents

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
JUL 1 6 2007
CLERK

**BEFORE:** Randolph, Rogers, and Garland, Circuit Judges

## ORDER

Upon consideration of the amended emergency motion for an order requiring respondents to provide 30-days' advance notice of any intended removal of petitioner, and the opposition thereto, it is

**ORDERED** that the motion be denied. This court lacks jurisdiction to grant the requested relief. See Khalifh v. Gates, No. 07-1215 (D.C. Cir. June 22, 2007) (citing § 7 of the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006); § 1005(e)(2) of the Detainee Treatment Act of 2005, Pub. L. No. 109-148, 119 Stat. 2680 (2005)); Rahman v. Gates, No. 07-1204 (D.C. Cir. June 19, 2007) (same).

**Per Curiam**

ARR/ek
JWR
MG