# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IYOB MURSHAD ALI SALEH,**<br>also listed as Ayoub Murshid Ali Saleh,<br><br>      Petitioner/Plaintiff,<br>v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>      Respondents/Defendants. | CIVIL ACTION NO. 06-CV-01765<br>(HHK) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that Petitioner has filed a REPLY TO RESPONDENT'S OPPOSITION TO NOTICE REGARDING CASE ACTIVITY AND MOTION FOR THIRTY DAYS' ADVANCE NOTICE OF INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: July 20, 2007.

              Respectfully submitted,

              Counsel for Petitioner:

               /s/ Brent N. Rushforth
              Brent N. Rushforth, DC Bar No. 331074
              Kit A. Pierson, DC Bar No. 398123
              Sarah B. Pojanowski, DC Bar No. 502036
              Jenny L. Workman, DC Bar No. 502584
              Elizabeth Arora
              HELLER EHRMAN LLP
              1717 Rhode Island Avenue, NW
              Washington, DC 20036
              Tel: (202) 912-2000
              Fax: (202) 912-2020

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499