## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IYOB MURSHAD ALI SALEH (ISN 836), *et al.* )<br><br>Petitioners, )<br><br>v. )<br><br>BARACK H. OBAMA,<br>President of the United States, *et al.*, )<br><br>Respondents. ) | Civil Action No. 06-1765 (UNA) |

### NOTICE OF TRANSFER OF PETITIONER SALEH (ISN 836)

Respondents hereby provide notice that the United States has relinquished custody and control of Iyob Murshad Ali Saleh (ISN 836) and transferred him to the control of the Government of the United Arab Emirates.

Date:  August 16, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Timothy A. Johnson*
TIMOTHY A. JOHNSON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel:  (202) 514-1359/ Fax:  (202) 616-8470
timothy.johnson4@usdoj.gov

*Counsel for Respondents*